**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ABRAHAM ISRAEL GONZALEZ-BOLIVAR A244260493,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**WARDEN SOUTH TEXAS IMMIGRATION PROCESSING CENTER, ET AL.,**<br><br>**Respondents.** | § § § § § § § § § § § § | **SA-26-CV-5323-JKP** |

**FINAL JUDGMENT**

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing without prejudice as duplicative *pro se* Petitioner Abraham Israel Gonzalez-Bolivar's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, the Court renders the following Final Judgment pursuant Rule 58 of the Federal Rules of Civil Procedure. *See* FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that *pro se* Petitioner Abraham Israel Gonzalez-Bolivar's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE AS DUPLICATIVE**.

**IT IS FINALLY ORDERED** that this matter is **CLOSED**.

It is so **ORDERED**.

SIGNED this 27th day of August, 2026.

Jason Pulliam

JASON PULLIAM

UNITED STATES DISTRICT JUDGE